# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 16, 2022

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   03/17/22

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   *Weekes v. Revlon Consumer Products Corporation* – Case No.: 22-cv-00944-VSB
      <u>Request to Extend Defendants' Time to Respond to the Complaint</u>

Dear Judge Broderick:

We represent defendant Revlon Consumer Products Corporation ("Defendant") in connection with the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for Plaintiff Robert Weekes ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from March 21, 2022 to April 20, 2022. This is Defendant's first request for an extension of time to respond to the Complaint. In support of this request, counsel for Defendant states that the parties are engaged in discussions about a possible early resolution of this action. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. If granted, this extension will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001