UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WEEKES, *Individually, and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>REVLON CONSUMER PRODUCTS CORPORATION,<br><br>Defendant. | 1:22-cv-00944-VSB |

**NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY
FOR REVLON, INC.,** *ET AL.***, AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that on June 15, 2022, Revlon, Inc, and certain of its direct and indirect subsidiaries, including Revlon Consumer Products Corporation (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' chapter 11 cases are being jointly administered under the lead case *In re Revlon, Inc.*, Case No. 22-10760 (DSJ) (collectively, the "Chapter 11 Cases"). A copy of the voluntary petition of the lead Debtor, Revlon, Inc., is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases;

(b) the enforcement against any of the Debtors or against any property of each of the Debtors' bankruptcy estates of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[1]  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by (i) reviewing, free of charge, the docket of the Debtors' chapter 11 cases on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/revlon/Home-Index, (ii) visiting the Court's website at www.nysb.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein, or (iii) contacting the following proposed counsel for the Debtors:  Kyle Kimpler and Robert Britton, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Ave, New York, NY 10019, Telephone: (212) 373-3000.

Dated: June 17, 2022

Respectfully submitted,

*/s/ Douglas T. Schwarz*
Douglas T. Schwarz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Telephone:     (212) 309-6000
Facsimile:      (212) 309-6001
douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

---

[1] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases.  The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

# **CERTIFICATE OF SERVICE**

      I, Douglas T. Schwarz, certify that on the 17th day of June, 2022, I caused to be served, via overnight mail a true and correct copy of the foregoing *Notice of Suggestion on Pendency of Bankruptcy for Revlon, Inc., et al. and Automatic Stay of Proceedings,* on the party/parties listed below:

Edward Y. Kroub
Mizrahi Kroub LLP
200 Vesey Street
New York, NY 10281

*Attorneys for Plaintiff*

Dated: June 17, 2022

*/s/ Douglas T. Schwarz*
Douglas T. Schwarz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Telephone:    (212) 309-6000
Facsimile:    (212) 309-6001
douglas.schwarz@morganlewis.com

*Attorneys for Defendant*