```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROBERT WEEKES,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :           22-CV-944 (VSB)
              -against-                                     :
                                                            :                ORDER
REVLON CONSUMER PRODUCTS                                    :
CORPORATION,                                                :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

On June 17, 2022, Defendant Revlon Consumer Products Corporation ("Revlon") submitted a notice indicating that certain of its indirect subsidiaries, including Revlon, (collectively, "the Debtors"), filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York.  (Doc. 14.)  The Debtors' chapter 11 cases are being jointly administered under the lead case *In re Revlon, Inc.*, Case No. 22-10760 (DSJ).  (*Id.*)  Revlon also notified me that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their voluntary petitions gives rise to a stay of, among other things, the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors.  (*Id.*)  Accordingly, it is hereby:

ORDERED that all deadlines in this case are stayed.

IT IS FURTHER ORDERED that the parties shall submit a joint status update on or before September 20, 2022 indicating the status of proceedings in the case *In re Revlon, Inc.*, Case No. 22-10760 (DSJ).

IT IS FURTHER ORDERED that the parties continue to submit status updates every

ninety (90) days thereafter notifying me of the status of the bankruptcy proceedings and their impact on the automatic stay of this case.

SO ORDERED.

Dated:    June 22, 2022
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge