# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

September 20, 2022

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007-1312

Re: *Weekes v. Revlon Consumer Products Corporation,* Case No.: 22-cv-00944-VSB
<u>Joint Status Letter and Request to Extend Stay</u>

Dear Judge Broderick:

We represent defendant Revlon Consumer Products Corporation ("Defendant") in the above-referenced action. Pursuant to the Court's Order of June 22, 2022 (Dkt. No. 15), we write jointly with counsel for Plaintiff Robert Weekes ("Plaintiff") to advise the Court that the bankruptcy proceeding *In re Revlon, Inc.*, Case No. 22-10760 (DSJ), is ongoing. Accordingly, the parties submit that the automatic stay of this action remains in effect and request that the Court continue to stay all deadlines in this matter pending resolution of the bankruptcy proceeding.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States
T +1.212.309.6000
F +1.212.309.6001