UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

ROBERT WEEKES, Individually, and On
Behalf of All Others Similarly Situated,

                           Plaintiff,

    vs.

REVLON CONSUMER PRODUCTS
CORPORATION,

                        Defendant.

———————————————————————— x

Case No.: 1:22-cv-00944

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Robert Weekes hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Revlon Consumer Products Corporation.

DATED:  May 9, 2023           **MIZRAHI KROUB LLP**


                                    /s/ Edward Y. Kroub
                                  EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*