APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J. 5/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROBERT WEEKES, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-00944 |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL |
| REVLON CONSUMER PRODUCTS CORPORATION, | |
| Defendant. | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Robert Weekes hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Revlon Consumer Products Corporation.

DATED: May 9, 2023       **MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*